# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

NO. 5:12-M-1369

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ALORIA D. DOKIANOS, | ) | |
| _____ | ) | |

This cause is before the undersigned upon the Government's motion to deny Defendant's request for a jury trial. (DE-13). Defendant is ORDERED to respond to this motion no later than March 8, 2013.

DONE AND ORDERED in Chambers at Raleigh, North Carolina on Friday, March 01, 2013.

_____
WILLIAM A. WEBB
UNITED STATES MAGISTRATE JUDGE